# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 18-80019-CV-MIDDLEBROOKS/BRANNON

PAUL HONIG, CARLA HONIG,
DAVID LIPPMAN, CAROLYN
LIPPMAN, JOHN HERTVIK,
GERALD ROY, and HERMANT
NANAVATY, on behalf of themselves
and a class of all others similarly situated,

      Plaintiffs,

v.

BARRY M. KORNFELD, *et al.*,

      Defendants.

_____/

## ORDER SETTING PRETRIAL DEADLINES

THIS CAUSE comes before the Court upon the Parties' Joint Notice of Filing Proposed Pretrial Schedules, filed on May 25, 2018 pursuant to this Court's Order dated May 11, 2018. (DE 121).  The Parties represent that they were not able to reach an agreement as to a proposed pretrial schedule and attach separate pretrial schedules.  (*Id.*).  Accordingly, it is hereby **ORDERED AND ADJUDGED** that the pretrial deadlines in this matter are set as follows:

| | |
|---|---|
| June 12, 2018 | Discovery Plan shall be filed. *See* Fed. R. Civ. P. 26(f)(3). |
| June 29, 2018 | Deadline to file Notice of Mediator Selection. |
| September 14, 2018 | Joinder of Additional Parties and Amend Pleadings. |
| November 9, 2018 | Any motions for class certification shall be filed. |
| November 19, 2018 | Plaintiff shall provide opposing counsel with a written list with the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Plaintiff shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, Plaintiff shall make its experts |

available for deposition by Defendant. The experts' deposition may be conducted without further Court order.

**December 21, 2019** — Defendant shall provide opposing counsel with a written list with the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Defendant shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, Defendant shall make its experts available for deposition by Plaintiff. The experts' deposition may be conducted without further Court order.

<u>Note:</u> — The above provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists, or other health providers.

**January 28, 2019** — Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.

**March 11, 2019** — All discovery shall be completed.

**March 18, 2019** — All Pretrial Motions, including summary judgment motions and *Daubert* motions, and motions *in limine* shall be filed.

**May 1, 2019** — Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made.

**May 13, 2019** — Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

**May 24, 2019** — Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, on this ___7___ day of June, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of record

2