UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80019-DMM

PAUL HONIG, et al.,

    Plaintiffs,

v.

BARRY M. KORNFELD, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO STAY

THIS CAUSE comes before the Court upon Defendants Douglas R. Andrew, Paramount Financial Services, Inc., Henry "Trae" Wieniewitz, and Wieniewitz Wealth Management, LLC's Motion to Stay Discovery and for Protective Order Pending Motions to Dismiss for Lack of Personal Jurisdiction ("Motion to Stay"), filed September 10, 2018. (DE 145). Defendants Old Security Financial Group, Tony MacKenzie, Robert S. Davis, Jr., Shield Financial Group, Inc., and David Ouellette submitted a Notice of Joinder to the Motion to Stay on September 10, 2018 (DE 146), as did Defendant HD Vest Investment Services, Inc (DE 149). Defendant Jerry Davis Raines also joined the Motion to Stay on September 12, 2018. (DE 159). In the Motion to Stay, Defendants argue that discovery should be stayed pending the Court's order on Defendants' Motions to Dismiss the Second Amended Complaint.

There are certain circumstances in which it is appropriate for a court to stay discovery while the court evaluates a motion to dismiss that, if granted, would render discovery futile. *See Chudasma v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) ("Facial challenges to

the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should . . . be resolved before discovery begins."). Defendants have here raised a substantial question as to whether this Court has personal jurisdiction over them. If Defendants succeed in that claim, any discovery that would have taken place would be futile. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Stay (DE 145) is **GRANTED**. Discovery in this case sought against Defendants Douglas R. Andrew, Paramount Financial Services, Inc., Henry "Trae" Wieniewitz, Wieniewitz Wealth Management, LLC, Old Security Financial Group, Tony MacKenzie, Robert S. Davis, Jr., Shield Financial Group, Inc., David Ouellette, Defendant HD Vest Investment Services, Inc., and Jerry Davis Raines shall be stayed pending the Court's ruling on the aforementioned Defendants' Motions to Dismiss.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 25 day of September, 2018.

DONALD M. MIDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of record