# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 9:18-cv-80019-DMM

PAUL HONIG, CARLA HONIG,
DAVID LIPPMAN, CAROLYN
LIPPMAN, JOHN HERTVIK,
GERALD ROY, and HEMANT
NANAVATY on behalf of themselves
and a class of all others similarly situated,

      Plaintiffs,

vs.

BARRY M. KORNFELD, et al.

      Defendants.

_____/

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs Paul Honig, Carla Honig, David Lippman, Carolyn Lippman, John Hertvik, Gerald Roy and Hemant Nanavaty ("Plaintiffs") and Defendants Barry M. Kornfeld, Ferne E. Kornfeld, First Financial Tax Group, Inc., FEK Enterprises, Inc., Lynette M. Robbins, Theodore F. Leutz, Albert D. Klager, Michelle Klager, and Atlantic Insurance and Financial Services, Inc. ("Defendants"), by and through their undersigned counsel, hereby notify the Court of the settlement of this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

**Dated:** May 31, 2019.


By: */s/ Jonathan B. Butler*
    Jonathan B. Butler (FBN 056197)
    JButler@ciklinlubitz.com
    **CIKLIN LUBITZ**
    515 North Flagler Drive, 20th Floor

BY: */s/ Robert C. Harris*
    Robert C. Harris, Esquire (FBN 26205)
    rharris@htflawyers.com
    **HUNTER TAUBMAN**
    **FISCHER & LI LLC**

West Palm Beach, FL 33401
T: (561) 832-5900
F: (561) 833-4209
*Co-Counsel for Plaintiffs*

      -and-

Joseph G. Galardi (FBN 180572)
galardi@beasleylaw.net
Andrew S. Kwan (FBN 76539)
kwan@beasleylaw.net
**BEASLEY & GALARDI, P.A.**
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
T: (561) 835-0900
F: (561) 833-4209
*Co-Counsel for Plaintiffs*

2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
Tel: (561) 430-8260
Fax: (305) 629-8099

*Counsel for Defendants Barry Kornfeld, Ferne Kornfeld, First Financial, FEK Enterprises, Inc., Lynette M. Robbins and Theodore F. Leutz.*

By: /s/ *Gregg J. Breitbart*
Gregg J. Breitbart (FBN 843415)
gbreitbart@kdvlaw.com
**KAUFMAN DOLOWICH & VOLUCK LLP**
One Financial Plaza
100 SE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33305
T: (954) 302-2360
F: (888) 464-7982
*Counsel for Klager Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court and served on all parties via CM/ECF, on this 31st day of May, 2019.

/s/ *Andrew S. Kwan*
Andrew S. Kwan