UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80019-CV-MIDDLEBROOKS

PAUL HONIG, et al.,

    Plaintiffs,

v.

BARRY M. KORNFELD, et al.,

    Defendants.

_____/

## ORDER TERMINATING DEFENDANTS

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on May 31, 2019. (DE 253). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss these claims. Accordingly, it is hereby **ORDERED and ADJUDGED** that

(1) Plaintiffs' claims against Defendants Barry M. Kornfeld, Ferne E. Kornfeld, First Financial Tax Group, Inc., FEK Enterprises, Inc., Lynette M. Robbins, Theodore F. Leutz, Albert D. Klager, Michelle Klager, and Atlantic Insurance and Financial Services, Inc. are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **TERMINATE** Defendants Barry M. Kornfeld, Ferne E. Kornfeld, First Financial Tax Group, Inc., FEK Enterprises, Inc., Lynette M. Robbins, Theodore F. Leutz, Albert D. Klager, Michelle Klager, and Atlantic Insurance and Financial Services, Inc. as defendants in this matter.

(3) On or by **June 10, 2019**, Plaintiffs shall file a status report indicating how they intend to proceed with regard to their claims against the following Defendants: Knowles

Systems, Inc., Andrew G. Costa, David Anthony Cusano, James H. Gilchrist, Sr., Paula Burke, and James D. Helgeson.

**SIGNED** in Chambers in West Palm Beach, Florida, this 3 day of June, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record;
James H. Gilchrist, Sr.
2909 Grove Dr.
Fort Pierce, FL 34981
PRO SE