**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:18-cv-80019-DMM**

PAUL HONIG, CARLA HONIG,
DAVID LIPPMAN, CAROLYN
LIPPMAN, JOHN HERTVIK, and
GERALD ROY, on behalf of themselves
and a class of all others similarly situated,

      Plaintiffs,

vs.

BARRY M. KORNFELD, *et al.*,

      Defendants,

_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of their voluntary dismissal of Defendants Knowles Systems, Inc., Andrew G. Costa, David Anthony Cusano, Paula Burke, and James D. Helgeson, who have not yet filed an answer or a motion for summary judgment in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby give notice of their voluntary dismissal of Defendant James H. Gilchrist, Sr., who agrees to and stipulates to the dismissal.

**Dated:  June 6, 2019.**

By: */s/ Jonathan B. Butler*
   Jonathan B. Butler (FBN 056197)
   JButler@ciklinlubitz.com
   **CIKLIN LUBITZ**
   515 North Flagler Drive, 20th Floor
   West Palm Beach, FL 33401
   T: (561) 832-5900
   F: (561) 833-4209
   *Co-Counsel for Plaintiffs*

By: /s/ *James H. Gilchrist, Sr.*
   James H. Gilchrist, Sr.
   2909 Grove Dr.
   Fort Pierce, FL 3 4981
   Email: incomewithjim@ gmail.com
   *Pro Se*

-and-

Joseph G. Galardi (FBN 180572)
galardi@beasleylaw.net
Andrew S. Kwan (FBN 76539)
kwan@beasleylaw.net
**BEASLEY & GALARDI, P.A.**
505 South Flagler Drive, Suite 1500
West Palm Beach, Florida 33401
T: (561) 835-0900
F: (561) 833-4209
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk

of the Court and served on all parties on this 6th day of June, 2019.

*/s/ Andrew S. Kwan*
Andrew S. Kwan

2