UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80019-CV-MIDDLEBROOKS

PAUL HONIG, et al.,

    Plaintiffs,

v.

BARRY M. KORNFELD, et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal, filed June 7, 2019. (DE 255). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants Knowles Systems, Inc., Andrew G. Costa, David Anthony Cusano, Paula Burke, and James D. Helgeson have served neither.

Additionally, Plaintiffs and Defendant James H. Gilchrist, Sr. stipulate to the dismissal of the claims against him. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

    (1) Plaintiffs' claims against Defendants Knowles Systems, Inc., Andrew G. Costa, David Anthony Cusano, Paula Burke, James D. Helgeson, and James H. Gilchrist, Sr. are **DISMISSED WITHOUT PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 7th day of June, 2019.

                                                                  Donald M. Middlebrooks
                                                                  United States District Judge

Copies to:      Counsel of Record